# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ARMANDO VIDAL RAMIREZ, IGNACIO ISRAEL CEDENO MINERO, DANIEL GUERRERO, ESTEBAN MORALES, JORGE ALBERTO JIMENEZ LOPEZ, JOSE JAVIER RODRIGUEZ ROBLES (a/k/a JAVIER RODRIGUEZ), JUAN COSME DURAN, MISAEL MENDEZ, RAMIRO TORRES SAENZ, RICARDO TRUJILLO, ROBERTO VELASQUEZ RODRIGUEZ, TEODULO MORENO, ELFEGO HERNANDEZ GOMEZ, AGUSTIN MORALES, DAVID LUNA PEREZ, EFRAIN ANTONIO, and REGINALDO ANIBAL ROJAS *individually and on behalf of others similarly situated,* | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 18-cv-3711 |
| ENERGY RESOURCES PERSONNEL LLC (d/b/a DIG INN), PUMP 80 PINE LLC (d/b/a DIG INN), 55TH STREET RESTAURANT OPERATING, LLC (d/b/a DIG INN), PUMP 17TH STREET LLC (d/b/a DIG INN), PUMP HOLDINGS, LLC (d/b/a DIG INN), and ADAM ESKIN, | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adam Eskin
30 BARROW ST APT 510
NEW YORK, NY 10014-2866

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/05/2018        /s/ D. Howie
        *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: