# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

March 27, 2019

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: Vidal Ramirez v. Energy Resources Personnel LLC.
      Case No. 18-cv-3711 (GHW)

Your Honor,

    We represent Plaintiffs Armando Vidal Ramirez, Ignacio Israel Cedeno Minero, Daniel Guerrero, Esteban Morales, Jorge Alberto Jimenez Lopez, Jose Javier Rodriguez Robles (a/k/a Javier Rodriguez), Juan Cosme Duran, Misael Mendez, Ramiro Torres Saenz, Ricardo Trujillo, Roberto Velasquez Rodriguez, Teodulo Moreno, Elfego Hernandez Gomez, Agustin Morales, David Luna Perez, Efrain Antonio, and Reginaldo Anibal Rojas ("Plaintiffs") in the above-referenced matter.

    We write jointly with all Parties to this action to respectfully request a one-month extension of the deadline to submit an executed settlement agreement and associated fairness materials to Your Honor for approval, to April 29, 2019. This is the parties' third request for an extension of time to submit an executed settlement. The requested extension is necessary because the attorney handling this matter is transitioning from this firm and we therefore need additional time to coordinate the staffing and execution of the agreements.

                                        Respectfully Submitted,

                                        /s/ *Michael Faillace*
                                        Michael Faillace, Esq.
                                        *Attorneys for Plaintiffs*