USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/08/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMANDO VIDAL RAMIREZ, IGNACIO ISRAEL CEDENO MINERO, DANIEL GUERRERO, ESTEBAN MORALES, JORGE ALBERTO JIMENEZ LOPEZ, JOSE JAVIER RODRIGUEZ ROBLES (a/k/a JAVIER RODRIGUEZ), JUAN COSME DURAN, MISAEL MENDEZ, RAMIRO TORRES SAENZ, RICARDO TRUJILLO, ROBERTO VELASQUEZ RODRIGUEZ, TEODULO MORENO, ELFEGO HERNANDEZ GOMEZ, AGUSTIN MORALES, DAVID LUNA PEREZ, EFRAIN ANTONIO and REGINALDO ANIBAL ROJAS individually and on behalf of others similarly situated,

         Plaintiffs,

-against-

ENERGY RESOURCES PERSONNEL LLC (d/b/a DIG INN), PUMP 80 PINE LLC (d/b/a DIG INN), 55TH STREET RESTAURANT OPERATING, LLC, (d/b/a DIG INN), PUMP 17TH STREET LLC (d/b/a DIG INN), PUMP HOLDINGS, LLC (d/b/a DIG INN), and ADAM ESKIN,

         Defendants.

ECF Case

No. 1:18-cv-03711 (GHW)

STIPULATION AND (PROPOSED) ORDER APPROVING FLSA SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**WHEREAS**, on April 26, 2018, Plaintiffs Armando Vidal Ramirez, Ignacio Israel Cedeno Minero, Daniel Guerrero, Esteban Morales, Jorge Alberto Jimenez Lopez, Jose Javier Rodriguez Robles (a/k/a Javier Rodriguez), Juan Cosme Duran, Misael Mendez, Ramiro Torres Saenz, Ricardo Trujillo, Roberto Velasquez Rodriguez, Teodulo Moreno, Elfego Hernandez Gomez, Agustin Morales, David Luna Perez, Efrain Antonio, and Reginaldo Anibal Rojas ("Plaintiffs") filed a Complaint asserting claims pursuant to the Fair Labor Standards Act and the New York Labor Law against Defendants Energy Resources Personnel LLC (d/b/a Dig Inn), Pump 80 Pine LLC (d/b/a Dig Inn), 55th Street Restaurant Operating, LLC, (d/b/a Dig Inn), Pump 17th Street LLC

89487119

(d/b/a Dig Inn), Dig Inn Restaurant Group LLC (incorrectly named in the Complaint as "Pump Holdings, LLC (d/b/a Dig Inn)"), and Adam Eskin (collectively, "Defendants", and together with Plaintiffs, the "Parties");

**WHEREAS**, the Parties engaged in discovery, participated in extensive settlement discussions, and reached a settlement of Plaintiffs' claims through arms-length negotiations;

**WHEREAS**, the Parties have entered into a Settlement Agreement and Mutual Release, dated February __, 2019 ("Agreement"), memorializing the terms of the Parties' settlement; and

**WHEREAS**, this Court has reviewed the Agreement, finds that its terms provide for a fair and reasonable resolution of a *bona fide* dispute over a provision or provisions of the Fair Labor Standards Act and/or time worked, in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *cert. denied*, 146 S. Ct. 824 (U.S. 2016), and thereby approves the settlement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiffs and Defendants, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice, with no award of counsel fees or costs by this Court to any party, ~~and that this Court shall retain jurisdiction to enforce the terms of the Agreement.~~

GHW

**MICHAEL FAILLACE & ASSOCIATES, P.C.**

By: _____
Michael A. Faillace, Esq.
~~Shawn Clark, Esq.~~ Daniel Tannenbaum, Esq.
60 East 42nd Street, Suite 2540
New York, New York 10165
Telephone: (212) 317-1200
*Attorneys for Plaintiffs*

**FOX ROTHSCHILD LLP**

By: _____
Carolyn D. Richmond, Esq.
Matthew C. Berger, Esq.
101 Park Avenue, Suite 1700
New York, New York 10178
Telephone: (212) 878-7900
*Attorneys for Defendants*

SO ORDERED.

Dated: May 8, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge